Glenn H. Schlabs
Nevada Star Bar No. 05124
Sherman & Howard L.L.C.
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO  80903
Telephone:  (719) 475-2440
Facsimile:  (719) 635-4576
gschlabs@shermanhoward.com

Scott W. Shaver
Nevada State Bar No. 8662
Swendseid & Stern
50 West Liberty Street, Suite 1000
Reno, NV  89501-1967
Telephone:  (775) 323-1980
Facsimile:  (775) 323-2339
sshaver@shermanhoward.com

Attorneys for Defendants

James S. Beasley
Nevada State Bar No. 1733
Law Office of James Shields Beasley
435 Court Street
P.O. Box 89505
Reno, Nevada 89505
Telephone:  (775) 329-6852
beasleylaw@saturnnet.com

Attorney for Plaintiff

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| ED MULHERON | ) | |
| | ) | |
|     Plaintiff, | ) | Case No 3:10-CV-00727-LRH-(VPC) |
| | ) | |
| vs. | ) | |
| | ) | |
| JERZY KOSLA, and KOSLA | ) | **STIPULATED MOTION TO DISMISS** |
| PROPERTIES, LLC, and | ) | **WITH PREJUDICE** |
| DOES I THROUGH X, inclusive | ) | |
| | ) | |
|     Defendants. | ) | |

Plaintiff Ed Mulheron ("Plaintiff") and Defendants Jerzy Kosla and Kosla Properties, LLC ("Defendants") (collectively, the "Parties"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action as follows:

1. The Parties have mutually and satisfactorily settled their differences in the within case and, therefore, stipulate to the dismissal with prejudice of all claims and counterclaims which were or could have been brought between the Parties.

2. Each party shall pay its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that this Court dismiss all claim and counterclaims which were or could have been brought by the Parties to this action with prejudice, with each party to pay its own costs and attorneys' fees.

Respectfully submitted this 13th day of April, 2011.

        SHERMAN & HOWARD L.L.C.
*(Duly signed original on file at Sherman & Howard LLC)*

/s/ *Glenn H. Schlabs*
Glenn H. Schlabs
Sherman & Howard L.L.C.
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Telephone: (719) 475-2440
Facsimile: (719) 635-4576
gschlabs@shermanhoward.com

Scott W. Shaver
Nevada State Bar No. 8662
Swendseid & Stern
50 West Liberty Street, Suite 1000
Reno, NV 89501-1967
Telephone: (775) 323-1980
Facsimile: (775) 323-2339
sshaver@shermanhoward.com

Attorneys for Defendants


LAW OFFICE OF JAMES SHIELDS BEASLEY
*(Duly signed original on file at the Law Office of James Shields Beasley)*

/s/ *James S. Beasley*
James S. Beasley
Law Office of James Shields Beasley
435 Court Street
P.O. Box 89505
Reno, Nevada 89505
Telephone: (775) 329-6852
beasleylaw@saturnnet.com

Attorney for Plaintiff

3